UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDREW R. JOHNSON,

    Plaintiff,

v.                                        Case No. 6:22-CV-01778

THE CITY OF KISSIMMEE, FLORIDA,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Defendant, THE CITY OF KISSIMMEE, FLORIDA hereby files this Notice of Settlement, pursuant to Local Rule 3.09(a) and the Amended Case Management and Scheduling Order filed November 20, 2023, as the parties have come to a resolution in this matter. Upon finalization of all of the terms of the settlement, the parties expect to file a stipulation of dismissal that will dismiss the entire action. The parties request that this case be removed from the Trial Term commencing on November 4, 2024 and cancellation of the Status Conference scheduled for November 22, 2024 at 10:00 a.m.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Florida e-filing portal and/or email to: Gary D. Wilson, Esquire, Wilson McCoy, P.A., 100 East Sybelia Avenue, Suite 205, Maitland, FL 32751 at: gwilson@wilsonmccoylaw.com; and rlopez@wilsonmccoylaw.com on this 14th day of November, 2024.

    */s/ Cindy A. Townsend*
CINDY A. TOWNSEND, ESQ.
Florida Bar No.: 0788961
Primary E-Mail: ctownsend@roperpa.com
Secondary E-Mail: nzachman@roperpa.com
Roper, Townsend & Sutphen, P.A.
255 S. Orange Ave., Suite 750
Orlando, FL  32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
**Attorneys for Defendant**