# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW R. JOHNSON,**

      **Plaintiff,**

v.                                                             Case No.  6:22-cv-1778-CEM-DCI

**CITY OF KISSIMMEE,**
**FLORIDA,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 45), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record